**WILLIAM MACKIN, ESQ., P.C.** *(WM 2792)*
**105 N. BROAD STREET**
**SUITE 1**
**WOODBURY, NJ 08096**
(856) 848-2152
(856) 848-4280 Fax
**Attorney For Plaintiff**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
*(Camden Vicinage)*

| | |
|---|---|
| In re: | Chapter 7 |
| Kathy A. VanScoy, | Case No.: 08-13177 JHW |
| Debtor(s) | |
| | Adv. Pro. No.: 08-01473 |
| Kathy A. VanScoy, **Plaintiff** | |
| vs. | |
| Fairhaven Law Group, a Professional Law Corporation, **Defendant** | |

## CERTIFICATION OF SERVICE

William Mackin, Esquire of full age hereby certifies as follows:

1. I am the attorney for the Plaintiff Kathy A. VanScoy in the above captioned adversary proceeding.

2. On April 29, 2008 I served a copy of the Adversary Complaint, Summons and Proposed Joint Scheduling Order on the following parties by way of certified mail, return receipt requested:

Fairhaven Law Group
c/o Ronald P. Rodis, Esquire - Registered Agent
3 Upper Newport Plaza, 1st Floor
Newport Beach, CA 92660

Victor W. Luke, Esquire - President
Fairhaven Law Group
1231 E. Dyer, Suite 215
Santa Ana, CA 92705

     3.     The USPS Tracking information sheets for each mailing, reflecting service on the above named parties, are attached hereto.

     The foregoing statements made by me are true.  I am aware that if the foregoing statements made by me are wilfully false, I am subject to punishment.

                                                     /s/ William Mackin
                                                   _____
                                                   William Mackin, Esquire

Date:   May 7, 2008

W:\1226wm\Fairhaven Adv Pro\pld\cert.service.wpd



**Home | Help**

**Track & Confirm**

# Track & Confirm

## Search Results

Label/Receipt Number: **7105 4522 6449 0190 6870**
Detailed Results:

- **Delivered, May 05, 2008, 12:11 pm, SANTA ANA, CA 92705**
- **Acceptance, April 30, 2008, 3:04 pm, WOODBURY, NJ 08096**

**Track & Confirm**

Enter Label/Receipt Number.

< Back     Return to USPS.com Home >

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  Go >

| Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts |

**Copyright© 1999-2007 USPS. All Rights Reserved.**     No FEAR Act EEO Data     FOIA





Home | Help

**Track & Confirm**

## Track & Confirm

### Search Results

Label/Receipt Number: **7105 4522 6449 0190 6832**
Detailed Results:

- **Delivered, May 05, 2008, 11:16 am, NEWPORT BEACH, CA 92660**
- **Acceptance, April 30, 2008, 3:04 pm, WOODBURY, NJ 08096**

**Track & Confirm**

Enter Label/Receipt Number.

< Back     Return to USPS.com Home >

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   Go >

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

**Copyright© 1999-2007 USPS. All Rights Reserved.**    No FEAR Act EEO Data    FOIA